# IRA KAUFMAN

661 WEST LAKE STREET, SUITE 1W
CHICAGO, ILLINOIS 60661

PHONE: 312.993.0030
FAX: 312.993.0040

| To: | Al HB Husain |
|---|---|
| Fax #: | 312-803-2761 |
| From: | Jeanette |
| Re: | Extension |
| Property: | 8024 W. Lyons St., Unit C, Niles, IL |
| Date: | Thursday, June 14, 2012 |
| Pages | 2, including this page |

Please find attached. Thank you.

Sincerely Yours,

Jeanette Ramirez

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AND THEN DESTROY THIS TRANSMISSION. THANK YOU.

# HIMONT LAW GROUP, LTD

15 N. Northwest Highway
Park Ridge, Illinois 60068
P: 847-939-5210
F: 312-803-2761

June 12, 2012

To:   Kaufman and Associates

Re:   8024 W. Lyons St., Unit C, Niles, IL

To Kaufman and Associates:

We represent the purchasers of the above referenced property.

We hereby request an extension on the mortgage finance contingency to June 30, 2012.

Thank you.

Respectfully submitted,

Al HB Husain, Esq.

Accepted: _____
          Attorney for Seller